## ORTEGA v. MICHIGAN.

No. 965, Misc.   Decided March 4, 1968.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.